IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 6 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02404-BNB

EDWARD MONTOUR,

Petitioner,

v.

TOM CLEMENTS, Executive Director of the Colorado Department of Corrections,

Respondent.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 16th day of September, 2011.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02404-BNB

David Arthur Lane
Killmer, Lane & Newman, LLP
*DELIVERED ELECTRONICALLY*

Judy L Lucero
Judy L Lucero, Attorney at Law
*DELIVERED ELECTRONICALLY*

Hollis A Whitson
Samler & Whitson, PC
*DELIVERED ELECTRONICALLY*

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 16, 2011.

                                                     GREGORY C. LANGHAM, CLERK

                                    By:_____
                                               Deputy Clerk