IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02404-MSK

EDWARD MONTOUR,

    Petitioner,

v.

TOM CLEMENTS, Executive Director of the Colorado Department of Corrections,

    Respondent.

## ORDER

THIS MATTER comes before the Court on Petitioner's *Ex Parte* Motion to Proceed *In Forma Pauperis* (# **34**). Petitioner alleges in the motion that he lacks sufficient funds to pay the filing fee to proceed on appeal to the United States Court of Appeals for the Tenth Circuit. The Court notes that the appellate filing fee was paid on January 5, 2012. Therefore, the motion to proceed *in forma pauperis* will be denied as moot. Accordingly, it is

ORDERED that Petitioner's *Ex Parte* Motion to Proceed *In Forma Pauperis* (# **34**) is **DENIED AS MOOT**.

DATED this 14th day of February, 2012.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge